This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**VILLAGE OF RUIDOSO**,

    Plaintiff-Appellee,

v.                                                                          **NO.   30,765**

**LOGAN GARRISON**,

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LINCOLN COUNTY**
**James Waylon Counts, District Judge**

Bryant, Schneider-Cook Law Firm
Daniel A. Bryant
Ruidoso, NM

for Appellee

Logan Garrison
Ruidoso, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

    Appellant Logan Garrison (Defendant) appeals from the district court's ruling that affirms his municipal court conviction for violation of the ordinance requiring that

he have a driver's license. Our notice proposed to affirm. While this Court granted Defendant's request for an extension of time to file a memorandum in opposition, Defendant never filed a memorandum in opposition. For reasons set forth in our notice, we affirm.

**IT IS SO ORDERED**.

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**TIMOTHY L. GARCIA, Judge**